# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 18, 2018

### NO. 03-18-00203-CV

**J. A. and J. H., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the decree terminating parental rights signed by the trial court on March 13, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's decree terminating parental rights. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.